IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS S WU,

    Plaintiff,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION, et al.,

    Defendant.

                                    /

No. C 10-04085 JSW

**ORDER SETTING BRIEFING SCHEDULE**

On November 12, 2010, Defendant Federal Deposit Insurance Corporation, in its corporate capacity, filed a motion to dismiss, which has now been noticed for hearing on January 21, 2011. It is HEREBY ORDERED that Plaintiff's opposition to the motion shall be due by no later than December 3, 2011. Defendant's reply shall be due by no later than December 10, 2011. If the parties seek to modify this briefing schedule, they must submit a request demonstrating good cause for any such modification. If the Court finds the motion suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: November 15, 2010

                                                                JEFFREY S. WHITE
                                                                UNITED STATES DISTRICT JUDGE