IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS S. WU,

    Plaintiff,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION,

    Defendant.
_____/

No. C 10-04085 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**

    This matter is set for a hearing on January 21, 2011 on Defendant Federal Deposit Insurance Corporation's motion to dismiss in its capacity as receiver for United Commercial Bank. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than December 14, 2010 and a reply brief shall be filed by no later than December 21, 2010.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: November 30, 2010

                                                 JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE