1 | LATHAM & WATKINS LLP
     Timothy P. Crudo (Bar No. 143835)
2 |    (*timothy.crudo@lw.com*)
  505 Montgomery Street, Suite 2000
3 | San Francisco, California 94111-6538
  Telephone: 415.391.0600
4 | Facsimile: 415.395.8095

5 | Attorneys for Plaintiff
  THOMAS S. WU
6 |
  Additional Counsel On Signature Block
7 |

8 |              UNITED STATES DISTRICT COURT

9 |            NORTHERN DISTRICT OF CALIFORNIA

10 |              SAN FRANCISCO DIVISION

11 |

12 | THOMAS S. WU                  CASE NO. CV10-4085 JSW

13 |         Plaintiff,            Assigned to Hon. Jeffrey S. White

14 |         v.
                           **STIPULATION AND [PROPOSED] ORDER**

15 | FEDERAL DEPOSIT INSURANCE    **WITHDRAWING DEFENDANT FDIC-**
  CORPORATION, in its capacity as receiver   **RECEIVER'S MOTION TO DISMISS AND**

16 | of United Commercial Bank,         **CONTINUING CASE MANAGEMENT**
                              **CONFERENCE**

17 |         Defendant.

18 |                           Date:          December 17, 2010
                            Time:          9:00 a.m.

19 |                           Location:     Courtroom 11
                            Judge:        Hon. Jeffrey S. White

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

SF\796283.1                                         STIPULATION AND [PROPOSED] ORDER
                                                  CASE NO. CV10-4085 JSW

1                                    **STIPULATION**

2              WHEREAS, Plaintiff filed the Complaint in this action on September 10, 2010;

3              WHEREAS, Defendant FDIC-Receiver has filed a motion to dismiss Plaintiff's

4    Complaint (the "Motion to Dismiss"), scheduled to be heard on January 21, 2011;

5              WHEREAS, the parties have agreed that, in lieu of Plaintiff responding to the

6    Motion to Dismiss, Defendant FDIC-Receiver will withdraw the Motion to Dismiss and Plaintiff

7    will file an amended complaint (the "Amended Complaint");

8              WHEREAS, the initial Case Management Conference in this matter is currently

9    set for December 17, 2010, and the Joint Case Management Statement and Rule 26(f) Report is

10   due to be filed on December 10, 2010;

11             WHEREAS, the Court ordered that Plaintiff and Defendant serve upon one

12   another initial disclosures by December 10, 2010;

13             WHEREAS, the parties have scheduled a mediation to take place on March 15-

14   16, 2011 (the "Mediation"); and

15             WHEREAS, the parties believe that it would promote efficiency and the

16   conservation of the Court's and the parties' resources to continue certain dates until after the

17   Mediation;

18             THEREFORE, the parties, through their respective counsel of record, hereby

19   agree and STIPULATE that:

20        1.     Plaintiff shall file the Amended Complaint on or before January 10, 2011;

21        2.     Defendant Motion to Dismiss shall be deemed withdrawn;

22        3.     Defendant shall respond to the Amended Complaint within 30 days of the

23   scheduled Mediation, and no later than April 15, 2011;

24        4.     The Case Management Conference and all attendant matters – including

25   the filing of the Joint Case Management Statement and Rule 26(f) Report, and the serving of the

26   parties' initial disclosures under Fed. R. Civ. P. 26(a) – shall be continued until after April 15,

27   2011 on a date to be set by the Court; and

28

                                          1

STIPULATION AND [~~PROPOSED~~] ORDER
CASE NO. CV10-4085 JSW

1    5.    The parties shall abstain from discovery until after meeting and conferring

2  with respect to the contents of the Joint Case Management Conference Statement, but shall meet

3  and confer in good faith regarding a potential informal exchange of relevant information prior to

4  the Mediation in order to make the mediation process more productive.

5  Dated:  December 10, 2010

6                                        LATHAM & WATKINS LLP

7

8                                        By /s/ Timothy P. Crudo
                                            Timothy P. Crudo
9                                            *Attorneys for Plaintiff Thomas S. Wu*

10

11  Dated:  December 10, 2010

12                                       NIXON PEABODY LLP

13

14                                       By /s/ Andrew R. Neilson
                                            Andrew R. Neilson
15                                           *Attorneys for Defendant Federal Deposit*
                                            *Insurance Corporation, as receiver of*
16                                          *United Commercial Bank and in its*
                                            *corporate capacity*

17

18

19

20                          **[PROPOSED] ORDER**

21        The Case Management Conference currently scheduled for December 17, 2010, is

22  hereby continued to May 13 , 2011.  The parties shall meet and confer and file a Joint Case

23  Management Statement and exchange initial disclosures pursuant to Fed R. Civ. P. 26(a) on or

24  before ___May 6, 2011_____.

25        **IT IS SO ORDERED.**

26  Dated:  December 13, 2010

27  _____
                                            Honorable Jeffrey S. White

28

2