GREGORY P. O'HARA (SBN 131963)
gohara@nixonpeabody.com
ANDREW R. NEILSON (SBN 221694)
aneilson@nixonpeabody.com
GINA M. FORNARIO (SBN 246619)
gfornario@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax:  (415) 984-8300

Attorneys for Defendant
FEDERAL DEPOSIT INSURANCE CORPORATION
AS RECEIVER OF UNITED COMMERCIAL BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS S. WU,<br><br>            Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as receiver of United Commercial Bank, and FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>            Defendants. | Case No. CV10-4085 JSW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING PRETRIAL DEADLINES BASED ON CONDITIONAL SETTLEMENT** |

## **STIPULATION**

WHEREAS on March 15-16, 2011, the Parties attended mediation with Hon. Daniel Weinstein (Ret.).  The mediation involved multiple claims arising from the failure of United Commercial Bank ("UCB"), including Thomas Wu's claims against the Federal Deposit Insurance Corporation in its capacity as receiver of UCB (the "FDIC"), and the FDIC's claims against Mr. Wu.

1

The parties reached a conditional settlement. The parties are negotiating the terms and conditions of a final agreement;

WHEREAS the parties believe that it would promote efficiency and the conservation of the Court's and the parties' resources to continue pretrial deadlines while the settlement is being finalized;

THEREFORE, the parties, through their respective counsel of record, hereby agree and stipulate that:

1. The FDIC's responsive pleading deadline shall be continued 45 days from April 15, 2011, to May 31, 2011; and

2. The Case Management Conference and all attendant matters – including the filing of the joint Case Management Statement and Rule 26(f) Report, and the serving of the parties' initial disclosures under Rule 26(a) – shall be continued until after May 31, 2011 on a date to be set by the Court.

Dated: April 1, 2011                                   NIXON PEABODY LLP

By  /s/ Andrew Neilson

Andrew R. Neilson
*Attorneys for Defendant Federal Deposit Insurance Corporation, as receiver of United Commercial Bank*

Dated: April 1, 2011                                   LATHAM & WATKINS LLP

By  /s/ Timothy Crudo

Timothy P. Crudo
*Attorneys for Plaintiff Thomas S. Wu*

-2-
STIPULATION AND PROPOSED ORDER
Case No. Case No. CV10-4085 JSW

13405164.2

**[PROPOSED] ORDER**

The Case Management Conference currently scheduled for May 13, 2010, is hereby continued to ___June 10___, 2011. The parties shall meet and confer and file a Joint Case Management Statement and exchange initial disclosures pursuant to FRCP 26(a) on or before ___June 3___, 2011.

**IT IS SO ORDERED**.

Dated: April _4_, 2010

_____
Hon. Jeffrey S. White