GREGORY P. O'HARA (SBN 131963)
gohara@nixonpeabody.com
ANDREW R. NEILSON (SBN 221694)
aneilson@nixonpeabody.com
GINA M. FORNARIO (SBN 246619)
gfornario@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300

Attorneys for Defendant
FEDERAL DEPOSIT INSURANCE CORPORATION
AS RECEIVER OF UNITED COMMERCIAL BANK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS S. WU,<br><br>        Plaintiff,<br><br>  vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as receiver of United Commercial Bank, and FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>        Defendants. | Case No. CV10-4085 JSW<br><br>**SECOND STIPULATION AND <s>PROPOSED</s> ORDER CONTINUING PRETRIAL DEADLINES BASED ON CONDITIONAL SETTLEMENT** |

## **STIPULATION**

WHEREAS on March 15-16, 2011, the Parties attended mediation with Hon. Daniel Weinstein (Ret.). The mediation involved multiple claims arising from the failure of United Commercial Bank ("UCB"), including Thomas Wu's claims against the Federal Deposit Insurance Corporation in its capacity as receiver of UCB (the "FDIC"), and the FDIC's claims against Mr. Wu.

1

The parties reached a conditional settlement. The parties are still negotiating the terms and conditions of a final agreement;

WHEREAS the parties believe that it would promote efficiency and the conservation of the Court's and the parties' resources to continue pretrial deadlines while the settlement is being finalized;

THEREFORE, the parties, through their respective counsel of record, hereby agree and stipulate that:

1. The FDIC's responsive pleading deadline shall be continued from May 31, 2011 to July 29, 2011; and

2. The Case Management Conference and all attendant matters – including the filing of the joint Case Management Statement and Rule 26(f) Report, and the serving of the parties' initial disclosures under Rule 26(a) – shall be continued until after July 29, 2011 on a date to be set by the Court.

Dated: May 23, 2011                    NIXON PEABODY LLP


By   /s/ Gina Fornario
     _____
     Gina Fornario
     *Attorneys for Defendant Federal Deposit Insurance Corporation, as receiver of United Commercial Bank*

Dated: May 23, 2011                    LATHAM & WATKINS LLP


By   /s/ Timothy Crudo
     _____
     Timothy P. Crudo
     *Attorneys for Plaintiff Thomas S. Wu*

-2-

SECOND STIPULATION AND ~~PROPOSED~~ ORDER               13469385.1
Case No. Case No. CV10-4085 JSW

# [PROPOSED] ORDER

The Case Management Conference currently scheduled for June 10, 2010, is hereby continued to ___August 12___, 2011. The parties shall meet and confer and file a Joint Case Management Statement and exchange initial disclosures pursuant to FRCP 26(a) on or before ___August 5___, 2011.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: May  24 , 2010

_____
Hon. Jeffrey S. White