GREGORY P. O'HARA (SBN 131963)
gohara@nixonpeabody.com
ANDREW R. NEILSON (SBN 221694)
aneilson@nixonpeabody.com
GINA M. FORNARIO (SBN 246619)
gfornario@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax:  (415) 984-8300

Attorneys for Defendant
FEDERAL DEPOSIT INSURANCE CORPORATION
AS RECEIVER OF UNITED COMMERCIAL BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS S. WU,<br><br>        Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as receiver of United Commercial Bank, and FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>        Defendants. | Case No. CV10-4085 JSW<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER CONTINUING PRETRIAL DEADLINES BASED ON CONDITIONAL SETTLEMENT** |

## **STIPULATION**

This case arises out of the failure of United Commercial Bank ("UCB"). On March 15-16, 2011, the above-captioned parties attended mediation with Hon. Daniel Weinstein (Ret.). The mediation included participants and issues from several legal actions, including Thomas Wu's claims against the Federal Deposit Insurance Corporation in its capacity as receiver of UCB (the "FDIC")

and the FDIC's claims against Mr. Wu (together, "the Parties"). The terms of a conditional global settlement were reached. However, given the number of participants and the complexity of the issues, the parties are still negotiating the terms and conditions of a final agreement;

WHEREAS the Parties believe that it would promote efficiency and the conservation of the Court's and the Parties' resources to continue pretrial deadlines while the Parties negotiate the terms and conditions of a final agreement;

THEREFORE, the Parties, through their respective counsel of record, hereby agree and stipulate that:

1. The FDIC's responsive pleading deadline shall be continued from July 29, 2011, to October 31, 2011; and

2. The Case Management Conference and all attendant matters – including the filing of the joint Case Management Statement and Rule 26(f) Report, and the serving of the parties' initial disclosures under Rule 26(a) – shall be continued until after October 31, 2011 on a date to be set by the Court.

Dated: July 11, 2011                                NIXON PEABODY LLP


By    /s/ Andrew Neilson

Andrew Neilson
*Attorneys for Defendant Federal Deposit Insurance Corporation, as receiver of United Commercial Bank*

Dated: July 11, 2011                                LATHAM & WATKINS LLP


By    /s/ Timothy Crudo

Timothy P. Crudo
*Attorneys for Plaintiff Thomas S. Wu*

-2-
STIPULATION AND PROPOSED ORDE
Case No. Case No. CV10-4085 JSW

13539332.1

## [PROPOSED] ORDER

The Case Management Conference currently scheduled for <u>August 12, 2011</u>, is hereby at 1:30 p.m.
continued to <u>November 4</u>, 2011. The parties shall meet and confer and file a Joint Case Management Statement and exchange initial disclosures pursuant to FRCP 26(a) on or before <u>October 28</u>, 2011.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: July <u>12</u>, 2011

_____
Hon. Jeffrey S. White