1  GREGORY P. O'HARA (SBN 131963)
   gohara@nixonpeabody.com
2  ANDREW R. NEILSON (SBN 221694)
   aneilson@nixonpeabody.com
3  GINA M. FORNARIO (SBN 246619)
   gfornario@nixonpeabody.com
4  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
5  San Francisco, California 94111-3600
   Telephone: (415) 984-8200
6  Fax: (415) 984-8300

7  Attorneys for Defendant
   FEDERAL DEPOSIT INSURANCE CORPORATION
8  AS RECEIVER OF UNITED COMMERCIAL BANK

9

10
                       UNITED STATES DISTRICT COURT
11
                      NORTHERN DISTRICT OF CALIFORNIA
12
                           SAN FRANCISCO DIVISION
13

14

15  THOMAS S. WU,                              Case No. CV10-4085 JSW

16              Plaintiff,                     **STIPULATION AND ~~PROPOSED~~ ORDER
                                               CONTINUING PRETRIAL DEADLINES
17     vs.                                     BASED ON CONDITIONAL
                                               SETTLEMENT**
18  FEDERAL DEPOSIT INSURANCE
    CORPORATION, in its capacity as receiver of
19  United Commercial Bank, and FEDERAL
    DEPOSIT INSURANCE CORPORATION, in its
20  corporate capacity,

21              Defendants.

22

23                                 **STIPULATION**

24         This case arises out of the failure of United Commercial Bank ("UCB"). On March 15-16,

25  2011, the above-captioned parties attended mediation with Hon. Daniel Weinstein (Ret.). The

26  mediation included participants and issues from several legal actions, including those involved in this

27  matter. A conditional settlement has been reached, but given the number of participants and the

28                                                 1

complexity of the issues, a final agreement has not yet been executed. The parties are currently working toward resolving any remaining issues and executing a final agreement.

WHEREAS the Parties believe that it would promote efficiency and the conservation of the Court's and the Parties' resources to continue pretrial deadlines while the Parties negotiate the terms and conditions of a final agreement;

THEREFORE, the Parties, through their respective counsel of record, hereby agree and stipulate that:

1. The FDIC's responsive pleading deadline shall be continued from February 1, 2012, to May 2, 2012; and

2. The Case Management Conference and all attendant matters – including the filing of the joint Case Management Statement and Rule 26(f) Report, and the serving of the parties' initial disclosures under Rule 26(a) – shall be continued until after May 2, 2012, on a date to be set by the Court.

Dated: January 12, 2012     NIXON PEABODY LLP

By   /s/ Andrew Neilson

Andrew Neilson
*Attorneys for Defendant Federal Deposit Insurance Corporation, as receiver of United Commercial Bank*

Dated: January 12, 2012     LATHAM & WATKINS LLP

By   /s/ Timothy P. Crudo

Timothy P. Crudo
*Attorneys for Plaintiff Thomas S. Wu*

1
2

**[PROPOSED] ORDER**

3   The Case Management Conference currently scheduled for March 2, 2012, is hereby
4   continued to __May 11_____, 2012. The parties shall meet and confer and file a Joint Case
5   Management Statement and exchange initial disclosures pursuant to FRCP 26(a) on or before
6   ___May 4_____, 2012.

7   **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

8
9   Dated:   January 30, 2012
10                                                     _____
11                                                     Hon. Jeffrey S. White
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28