GREGORY P. O'HARA (SBN 131963)
gohara@nixonpeabody.com
ANDREW R. NEILSON (SBN 221694)
aneilson@nixonpeabody.com
GINA M. FORNARIO (SBN 246619)
gfornario@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax:  (415) 984-8300

Attorneys for Defendant
FEDERAL DEPOSIT INSURANCE CORPORATION
AS RECEIVER OF UNITED COMMERCIAL BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| THOMAS S. WU,<br><br>              Plaintiff,<br><br>     vs.<br><br>FEDERAL DEPOSIT INSURANCE<br>CORPORATION, in its capacity as receiver of<br>United Commercial Bank, and FEDERAL<br>DEPOSIT INSURANCE CORPORATION, in its<br>corporate capacity,<br><br>              Defendants. | Case No. CV10-4085 JSW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER<br>CONTINUING PRETRIAL DEADLINES<br>BASED ON CONDITIONAL<br>SETTLEMENT** |

## **STIPULATION**

     This case arises out of the failure of United Commercial Bank ("UCB").  On March 15-16,

2011, the above-captioned parties attended mediation with Hon. Daniel Weinstein (Ret.).  The

mediation included participants and issues from several legal actions, including those involved in this

matter.  A conditional settlement has been reached, but given the number of participants and the

1

complexity of the issues, a final agreement has not yet been executed. The parties are currently working toward resolving any remaining issues and executing a final agreement.

WHEREAS the Parties believe that it would promote efficiency and the conservation of the Court's and the Parties' resources to continue pretrial deadlines while the Parties negotiate the terms and conditions of a final agreement;

THEREFORE, the Parties, through their respective counsel of record, hereby agree and stipulate that:

1. The FDIC's responsive pleading deadline shall be continued from February 1, 2012, to May 2, 2012; and

2. The Case Management Conference and all attendant matters – including the filing of the joint Case Management Statement and Rule 26(f) Report, and the serving of the parties' initial disclosures under Rule 26(a) – shall be continued until after May 2, 2012, on a date to be set by the Court.

Dated: January 12, 2012                        NIXON PEABODY LLP


                                          By    /s/ Andrew Neilson
                                               _____
                                               Andrew Neilson
                                               *Attorneys for Defendant Federal Deposit*
                                               *Insurance Corporation, as receiver of*
                                               *United Commercial Bank*

Dated: January 12, 2012                        LATHAM & WATKINS LLP


                                          By    /s/ Timothy P. Crudo
                                               _____
                                               Timothy P. Crudo
                                               *Attorneys for Plaintiff Thomas S. Wu*

-2-

# [PROPOSED] ORDER

The Case Management Conference currently scheduled for March 2, 2012, is hereby continued to __ May 11_____, 2012. The parties shall meet and confer and file a Joint Case Management Statement and exchange initial disclosures pursuant to FRCP 26(a) on or before ___ May 4 _____, 2012.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:   January 30, 2012

_____

Hon. Jeffrey S. White

---

STIPULATION AND PROPOSED ORDER
Case No. Case No. CV10-4085 JSW

13751839.1