GREGORY P. O'HARA (SBN 131963)
gohara@nixonpeabody.com
ANDREW R. NEILSON (SBN 221694)
aneilson@nixonpeabody.com
GINA M. FORNARIO (SBN 246619)
gfornario@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax:  (415) 984-8300

Attorneys for Defendant
FEDERAL DEPOSIT INSURANCE CORPORATION
AS RECEIVER OF UNITED COMMERCIAL BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS S. WU,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as receiver of United Commercial Bank, and FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>　　　　　Defendants. | Case No. CV10-4085 JSW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING PRETRIAL DEADLINES BASED ON CONDITIONAL SETTLEMENT** |

## **STIPULATION**

This case arises out of the failure of United Commercial Bank ("UCB"). On March 15-16, 2011, the above-captioned parties attended mediation with Hon. Daniel Weinstein (Ret.). The mediation included participants and issues from several legal actions, including those involved in this matter. The terms of a conditional global settlement were reached. After considerable negotiation,

the Parties have finalized the terms of a global settlement pending client approval.

WHEREAS the Parties believe that it would promote efficiency and the conservation of the Court's and the Parties' resources to continue pretrial deadlines while the Parties finalize the agreement;

THEREFORE, the Parties, through their respective counsel of record, hereby agree and stipulate that:

1. The FDIC's responsive pleading deadline shall be continued from May 2, 2012, to September 4, 2012; and

2. The Case Management Conference and all attendant matters – including the filing of the joint Case Management Statement and Rule 26(f) Report, and the serving of the parties' initial disclosures under Rule 26(a) – shall be continued until after September 4, 2012, on a date to be set by the Court.

Dated: April 23, 2012                                    NIXON PEABODY LLP

                                              By    /s/ Andrew Neilson

                                                    Andrew Neilson
                                                    *Attorneys for Defendant Federal Deposit Insurance Corporation, as receiver of United Commercial Bank*

Dated: April 23, 2012                                    LATHAM & WATKINS LLP

                                              By    /s/ Timothy P. Crudo

                                                    Timothy P. Crudo
                                                    *Attorneys for Plaintiff Thomas S. Wu*

# [PROPOSED] ORDER

The FDIC's responsive pleading deadline shall be continued from May 2, 2012, to September 4, 2012. The Case Management Conference currently scheduled for May 11, 2012, is hereby continued to <u>September 14</u>, 2012. The parties shall meet and confer and file a Joint Case Management Statement and exchange initial disclosures pursuant to FRCP 26(a) on or before <u>September 7</u>, 2012.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: April 24, 2012

_____
Hon. Jeffrey S. White