GREGORY P. O'HARA (SBN 131963)
gohara@nixonpeabody.com
ANDREW R. NEILSON (SBN 221694)
aneilson@nixonpeabody.com
GINA M. FORNARIO (SBN 246619)
gfornario@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300

Attorneys for Defendant
FEDERAL DEPOSIT INSURANCE CORPORATION
AS RECEIVER OF UNITED COMMERCIAL BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS S. WU,<br><br>                Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as receiver of United Commercial Bank, and FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>                Defendants. | Case No. CV10-04085 JSW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING PRETRIAL DEADLINES BASED ON CONDITIONAL SETTLEMENT** |

## STIPULATION

This case arises out of the failure of United Commercial Bank ("UCB"). On March 15-16, 2011, the above-captioned parties attended mediation with Hon. Daniel Weinstein (Ret.). Since that time, pretrial deadlines in this case have been extended several times in anticipation of a global settlement involving the Parties to this matter, among others. After considerable negotiation, the

1

1 Parties have finalized and executed the terms of a global settlement which will be effective upon
2 approval by the Bankruptcy Court. At this time, the schedules of the Parties and their counsel
3 necessitate a further extension of pretrial deadlines so that they may discuss the status of this action in
4 light of the global settlement.

5     WHEREAS the Parties believe that it would promote efficiency and the conservation of the
6 Court's and the Parties' resources to continue pretrial deadlines at this time;

7     THEREFORE, the Parties, through their respective counsel of record, hereby agree and
8 stipulate that:

9     1. The FDIC's responsive pleading deadline shall be continued from September 4, 2012,
10 to November 5, 2012; and

11     2. The Case Management Conference and all attendant matters – including the filing of
12 the joint Case Management Statement and Rule 26(f) Report, and the serving of the parties' initial
13 disclosures under Rule 26(a) – shall be continued until after November 5, 2012, on a date to be set by
14 the Court.

Dated: August 31, 2012                                NIXON PEABODY LLP

By    /s/ Gina M. Fornario
          Gina M. Fornario
          *Attorneys for Defendant Federal Deposit*
          *Insurance Corporation, as receiver of*
          *United Commercial Bank*

Dated: August 31, 2012                                LATHAM & WATKINS LLP

By    /s/ Timothy P. Crudo
          Timothy P. Crudo
          *Attorneys for Plaintiff Thomas S. Wu*

# [PROPOSED] ORDER

The FDIC's responsive pleading deadline shall be continued from September 4, 2012, to November 5, 2012. The Case Management Conference currently scheduled for September 14, 2012, is hereby continued to  November 16  , 2012. The parties shall meet and confer and file a Joint Case Management Statement and exchange initial disclosures pursuant to FRCP 26(a) on or before November 9 , 2012.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: September 7, 2012



Hon. Jeffrey S. White

---

3

STIPULATION AND PROPOSED ORDER
Case No. Case No. CV10-4085 JSW

14124530.2